## GENSINGER v. WESTON

No. 366P89

Case below: 95 N.C. App. 223

Petition by defendant for temporary stay allowed 7 September 1989 pending consideration and determination of the petition for discretionary review.

## HAJMM CO. v. HOUSE OF RAEFORD FARMS

No. 271A89

Case below: 94 N.C. App. 1

Petition by defendants for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to additional issues allowed as to unfair trade practice issue only 23 August 1989.

## IN RE ESTATE OF TUCCI

No. 294A89

Case below: 94 N.C. App. 428

Petition by Estate for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

## IN RE FORECLOSURE OF FULLER

No. 245P89

Case below: 94 N.C. App. 207

Petition by R. Bruce Fuller and wife, Dianne B. Fuller, for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.

## J. W. CROSS INDUSTRIES v. WARNER HARDWARE CO.

No. 268P89

Case below: 94 N.C. App. 184

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 6 September 1989.